UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PHILIP MANCUSO** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **SECTION " "** |
| | * | |
| **NATIONAL RAILROAD PASSENGER** | * | **JUDGE** |
| **CORPORATION d/b/a AMTRAK,** | * | |
| **ET. AL.** | * | **MAGISTRATE JUDGE** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1349, 1367, and 1441, and further based upon the grounds set forth in this Notice of Removal, Defendants National Railroad Passenger Corporation (Amtrak) and Illinois Central Railroad Company (Illinois Central), hereby remove this action from the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, where it might have been brought originally.  In support of the removal of this action, Defendants respectively represent:

1. On May 14, 2012, Plaintiff Philip Mancuso filed a civil suit styled "Philip Mancuso v. National Railroad Passenger Corporation, et. al.," No. 2012-0001577, on the docket of Division "D" in the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, seeking unspecified monetary damages.

00136278 3

2. As stated in Paragraph I of the Petition for Damages, Plaintiff named two extant legal entities as defendants: (1) Amtrak, which is a corporate interstate common carrier by railroad chartered by Act of Congress, having more than fifty percent (50%) of its capital stock owned by the United States of American through the United States Department of Transportation, and with its principal business offices in the District of Columbia; and (2) Illinois Central Railroad Company d/b/a Canadian National/Illinois Central, which is a foreign corporation duly organized and existing under the laws of a state other than Louisiana, but authorized to do and doing business in the State of Louisiana. Plaintiff alleges various acts of negligence, which he contends contributed to a collision between his vehicle and an Amtrak train on May 12, 2011. *See, generally,* Exhibit A, Petition for Damages.

3. As of the date of filing of this Notice of Removal, the record maintained by the Tangipahoa Parish Clerk of Court indicates that Illinois Central was served with the Petition for Damages and Citation through CT Corporation on May 21, 2012. Amtrak has not yet been served and only became aware of the pendency of this action after being notified of the same by Illinois Central on or after May 21, 2012.

4. This Honorable Court has subject-matter jurisdiction over the claims and demands asserted against Amtrak pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) by virtue of 28 U.S.C. § 1349, because Amtrak is federally chartered and because more than half of Amtrak's capital stock is owned by the United States of America. Pursuant to 28 U.S.C. § 1367(a), this Honorable Court also has subject-matter jurisdiction over the claims and demands Plaintiff asserts against Illinois Central, since

those claims and demands are so related to the claims and demands that Plaintiff asserts against Amtrak that they form part of the same case and controversy.

5. The time for removal of this action has not expired, since neither Defendant was served with the Citation and Petition for Damages more than thirty (30) days prior to the filing of this Notice of Removal.

6. Since the action is not being removed on diversity of citizenship grounds (28 U.S.C. § 1332), the citizenship of the parties and the amount in controversy in this action are irrelevant for removal purposes.

7. Though Amtrak has not yet been served—and without prejudice to any defenses that Amtrak may later assert with respect to Plaintiff's claims—Amtrak hereby joins in the present Notice of Removal for purposes of 28 U.S.C. § 1446(b)(2)(A).

9. Pursuant to 28 U.S.C. § 1446(d), promptly after the filing of this Notice of Removal with the Clerk of this Court, certified copies of this Notice of Removal (excluding the attached state court pleadings which constitute exhibits to it) will be filed with the Clerk of the Court for Tangipahoa Parish, State of Louisiana, and will be served upon counsel for Plaintiff in the removed action.

10. Pursuant to 28 U.S.C. § 1446(d), the filing of this Notice of Removal in this Court (and the filing of same with the state court) immediately confers exclusive jurisdiction over this action upon this Court and simultaneously divests the state court of jurisdiction.

WHEREFORE, Defendants, National Railroad Passenger Corporation (Amtrak) and Illinois Central Railway Company, hereby jointly remove proceeding no. 2012-

0001577(D) from the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, to this Honorable Court, where it might have been brought originally, for further proceedings in accordance with law.

                                      Respectfully submitted;

                                      /s/Stephen G.A. Myers
                                TIMOTHY F. DANIELS (LA #16878)
                                DOW MICHAEL EDWARDS (LA #26874)
                                STEPHEN G.A. MYERS (LA #29999)
                                JOHN D. GARRETT (LA #32465)
                                Irwin Fritchie Urquhart & Moore LLC
                                400 Poydras Street, 27th Floor
                                New Orleans, LA  70130
                                Telephone:  504-310-2100
                                Facsimile:  504-310-2101
                                Attorneys for Defendants
                                Illinois Central Railway Company and
                                National Railroad Passenger Corporation
                                (Amtrak)

### **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing notice has been served on all counsel of record by placing same in the United States mail, this 31st day of May, 2012.

                                /s/ Stephen G.A. Myers